| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JERALD RIDEAUX,

      Plaintiff,

*versus*                            §  CIVIL ACTION NO. 1:25-CV-219

NATALIE JONES, *et al.*,

      Defendants.

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jerald Rideaux, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#8) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 23rd day of February, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE